UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,

v.                                        Case Number: 97-81440

GEORGE BLAIR,                   HONORABLE PATRICK J. DUGGAN

        Defendant.
_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on JUNE 2, 2005.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Following a bench trial in 1998, Defendant was found guilty of five counts of possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1). Presently before the Court is Defendant's motion for reconsideration, filed May 16, 2005, with respect to an Opinion and Order issued by this Court on May 4, 2005. For the following reasons, the motion for reconsideration will be denied.

Rule 7.1(g) provides that a motion for reconsideration only should be granted if the movant demonstrates that the Court and the parties have been misled by a palpable defect and that a different disposition of the case must result from a correction of such a palpable defect. *Id.* A motion that merely presents the same issues already ruled upon by the

Court shall not be granted. *Id*. The Court concludes that it did not commit a palpable error when it denied Defendant's Rule 60(b)(6) motion.

Accordingly,

**IT IS ORDERED** that Defendant's motion for reconsideration is **DENIED**.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:
George Blair
#01065-190
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432

AUSA Karl Overman